# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

D.R.,

    Plaintiff(s),

v.

TUSCANY SUITES, LLC, et al.,

    Defendant(s).

Case No. 2:25-cv-01517-JCM-NJK

**Order**

Plaintiff initiated this case using only initials and includes within the complaint a request to proceed without revealing her full name. *See* Docket No. 1 at ¶¶ 3-8. The body of a complaint is not the proper place to seek such relief from the Court. Instead, Plaintiff must file separate motion practice briefing the issue by September 5, 2025.

IT IS SO ORDERED.

Dated: August 19, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge