CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
Christian@CMTAlaw.com
Sarah@CMTAlaw.com
Lindsay@CMTAlaw.com
*-And-*
PENNY L. BARRICK, ESQ. *(Pro Hac Vice)*
Ohio Bar No.74110
IAN STEGMAIER, ESQ. *(Pro Hac Vice)*
**BABIN LAW, LLC**
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: (614) 761-8800
penny.barrick@babinlaws.com
ian.stegmaier@babinlaws.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.R., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TUSCANY SUITES, LLC; TUSCANY HOTEL & CASINO, LLC; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO.: 2:25-cv-01517-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

IT IS HEREBY STIPULATED between, Christian M. Morris, Esq. Sarah E, DiSalvo, Esq., and Lindsay N. Roginski, Esq. of the law firm CHRISTIAN MORRIS TRIAL ATTORNEYS and Penny Barick, Esq. and Ian Stegmaier, Esq. of Babin Laws, counsel of record for Plaintiff and Karissa M. Fassette, Esq. and Loren S. Young, Esq., of the law firm LINCOLN GUSTAFSON & CERCOS LLP, counsel of record for Defendants, to extend discovery deadlines sixty (60) days. Please see the Declaration of Sarah E. DiSalvo, Esq. in support of the stipulation to extend attached hereto as **Exhibit 1**. This is the Parties' second request for an extension. In support of this stipulation the parties state as follows:

**I. <u>Discovery Completed to Date:</u>**

a. A Joint Discovery Plan and Scheduling Order was filed on March 16, 2026.

b. Plaintiff has made Initial FRCP 26(a) Disclosures.

c. Defendants have made Initial FRCP 26(a) Disclosures and two supplements thereto.

d. Plaintiff has propounded one set of Requests for Admission, Interrogatories and Requests for Production upon Defendants.

e. Defendants have propounded one set of Interrogatories, Request for Production of Documents and Requests for Admissions upon Plaintiff.

f. Plaintiff has noticed the depositions of Edgar Ignacio and Edward Deery, former employees that Defendants were unable to locate for some time.

**II. <u>Discovery To Be Conducted:</u>**

a. Plaintiff will take the depositions of the FRCP 30(b)(6) company designees of Defendants.

b. Defendants will take the deposition of Plaintiff.

c. Parties will take the depositions of percipient lay witnesses and/or other individuals as their name becomes available through discovery.

d. Parties will disclose experts.

e. Plaintiff is to depose Defendants' experts.

f. Defendant is to depose Plaintiff's experts.

g. Rebuttal Expert Disclosures, as needed.

h. Additional written discovery requests, as needed; and

i. Any other depositions and/or deposition subpoena duces tecum that are noticed by the parties.

**III. <u>The reasons why Discovery remaining was not completed within the time limits set by the Discovery Order</u>.**

This is the second request for an extension of the discovery deadlines. The Parties submitted their first request for an extension on August 12, 2026, which the Court denied on August 12, 2026. The Court found that the prior stipulation did not sufficiently establish good cause under Federal Rule of Civil Procedure 16(b) and Local Rule 26-3, and that, because the request was filed after the deadline to amend pleadings, the Parties had not demonstrated excusable neglect under Local Rule 2-3. Through this renewed request, the Parties provide the additional information supporting good cause and, to the extent required, excusable neglect for the requested extension.

Although the parties have been diligent in moving forward with discovery and have exchanged disclosures of witnesses and documents and propounded and responded to written discovery, they have been unable to complete the remaining discovery within the time limits set by the Court. The parties have each granted good-faith extensions for written discovery, resulting in some delay. Defense counsel has advised that Tuscany's internal records and information-technology personnel are continuing to search for responsive materials, including security-department records and personnel files. Tuscany's efforts to locate these materials have taken longer than anticipated because of the age of the records and the internal systems involved. The parties have been unable to complete depositions and other discovery while Tuscany determined whether key records existed and located responsive documents. That process took several months despite defense counsel's diligent efforts. The outstanding materials bear directly on liability, notice, the applicable security protocols at the time of the incident, and the identification of relevant percipient witnesses. Under these circumstances, the parties reasonably agreed that written discovery, document production, witness identification, and depositions could not be completed within the existing deadlines.



CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

Further, Plaintiff requested dates for Defendant witness, Cordeth Consing on June 25, 2026, and were informed by Defense counsel on July 1, 2026 that she had passed years earlier. On July 14, 2026, Plaintiff requested to take the depositions of Tuscany's former heads of security, Edgar Ignacio and Edward Deery. After several follow-ups, defense counsel informed us they were unable to obtain deposition dates from the witnesses and advised us to subpoena them. On August 14, 2026, Plaintiff noticed the depositions and sent out subpoenas of Edgar Ignacio for September 9, 2026, and Edward Deery for September 8, 2026. The parties are not in a position to discuss mediation as of now, however, Plaintiff is preparing a Demand. Based on the foregoing, all parties desire that the remaining deadlines be continued sixty (60) days in order to allow the parties to concentrate on discovery and possible settlement efforts.

This request is made in good faith, and not for the purpose of delay.

**IV. <u>A proposed schedule for completing all remaining Discovery</u>:**

The Parties propose the following new deadlines:

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Initial Expert Disclosure | 08/28/2026 | **10/27/2026** |
| Rebuttal Expert Disclosure | 09/28/2026 | **11/26/2026** |
| Close of Discovery | 10/27/2026 | **12/28/2027** |
| Dispositive Motions | 12/04/2026 | **02/02/2027** |

**V. Current Trial Date:**

A Trial date has not been set.

**<u>CONCLUSION</u>**

Therefore, based upon the foregoing, the parties respectfully request that this Stipulation and Order to Extend Discovery Deadline Dates (Second Request) be Granted and that the Court adopt the proposed dates mentioned above.

…

…

…

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

DATED this 19th day of August 2026.

CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Sarah E. DiSalvo*_________
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89014

DATED this 19th day of August 2026.

LINCOLN GUSTAFSON & CERCOS LLP

*/s/ Karissa M. Fassette*___________
KARISSA M. FASSETTE, ESQ.
Nevada Bar No. 12331
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128

**ORDER**

While this stipulation to extend is **GRANTED**, no further extensions will be allowed given the lengthy discovery period. *See also* Docket No. 31 at 1.

IT IS SO ORDERED.

Dated: August 20, 2026

.

.

______________________________
Nancy J. Koppe
United States Magistrate Judge